51 F.3d 280
 NOTICE: Ninth Circuit Rule 36-3 provides that dispositions other than opinions or orders designated for publication are not precedential and should not be cited except when relevant under the doctrines of law of the case, res judicata, or collateral estoppel.
IMMIGRANT ASSISTANCE PROJECT OF the LOS ANGELES COUNTY
FEDERATION OF LABOR (AFL-CIO); Travelers and Immigrants Aid
of Chicago; Washington Association of Churches; Hermandad
Mexicana Nacional; One Stop Immigration; et al.,
Plaintiffs-Appellees,
v.
IMMIGRATION & NATURALIZATION SERVICE; Chris Sale, Acting
Commissioner of the Ins; Janet Reno, Attorney
General of the United States; United
States Department of State,
Defendants-Appellants.
 No. 93-35898.
 United States Court of Appeals, Ninth Circuit.
 March 31, 1995.
 
 Before: HUG, PREGERSON, and FERGUSON, Circuit Judges.
 
 ORDER
 
 1
 On the court's own motion, the appeal before us on the protective order is dismissed without prejudice.
 
 
 2
 Future appeals in this matter shall be assigned to this panel.